JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HYPERTEXT TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC and DOES 1–10, inclusive,<br><br>          Defendants. | Case No. 8:19-CV-02356-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Josephine L. Staton |

The Court, having considered the Joint Stipulation to Dismiss Entire Action with Prejudice entered into by and between Plaintiff Hypertext Technologies, LLC and Defendant Google LLC, and the parties' joint statement that Hypertext Technologies, LLC and Google LLC are the only parties to have made an appearance in this matter, and for good cause being shown,

IT IS HEREBY ORDERED that this entire action is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 06, 2020

_____
United States District Judge